Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (310) 590-3927

*Attorneys for Plaintiff*
*Elizabeth Haviland*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HAVILAND, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02185-TLN-SCR |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| IMAGINE LEARNING LLC, an Arizona limited liability company; and DOES 1 through 25 inclusive, | |
| Defendants. | |

Plaintiff Elizabeth Haviland, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice as to her individual claims, and without prejudice to the class claims. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

In addition, there has been no motion for class certification filed in this action, thus no class has been certified, and it is not necessary to provide notice to the absent putative class members. *See* Judge Virginia A. Phillips, et al., Federal Civil Procedure Before Trial, Calif. & 9th Cir. Editions § 10:790 (The Rutter Group 2021) ("There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

DATED: September 13, 2023                    TAULER SMITH LLP


By:     */s/ Robert Tauler*
        Robert Tauler, Esq.
        Attorneys for Plaintiff
        Elizabeth Haviland

NOTICE OF VOLUNTARY DISMISSAL                    Case No. 2:24-CV-02185-TLN-SCR

## CERTIFICATE OF SERVICE

I hereby certified that I served the foregoing document on all parties of record via the Court's CM/ECF system.

DATED: September 13, 2023                TAULER SMITH LLP

By:    */s/ Robert Tauler*
       Robert Tauler, Esq.
       Attorneys for Plaintiff
       Elizabeth Haviland

NOTICE OF VOLUNTARY DISMISSAL          Case No. 2:24-CV-02185-TLN-SCR